| | | | |
|---|---|---|---|
| Com. v. Smith | 2304 EDA 2015 Affirmed | 08/09/2016 | CP–51–CR–0011844– 2010 (Philadelphia) |
| Com. v. Dotsko [6] | 2580 EDA 2015 Affirmed | 08/09/2016 | CP–39–SA–0000279– 2014 (Lehigh) |
| Com. v. Barna | 2668 EDA 2015 Affirmed | 08/09/2016 | MC–51–CR–0021676– 2012 (Philadelphia) |
| Doe v. Woods Schools | 2700 EDA 2015 Affirmed | 08/09/2016 | February Term, 2015 No. 1586 (Philadelphia) |
| Com. v. Weist | 2954 EDA 2015 Remanded Jurisdiction Retained | 08/09/2016 | CP–52–0000240–2009 (Pike) |
| L.S. v. A.V.S. | 3213 EDA 2015 Quashed | 08/09/2016 | 0C0174676 (Philadelphia) |
| Parktown Partnership, LP v. Royersford Recovery | 3228 EDA 2015 Appeal dismissed | 08/09/2016 | 2015–25761 (Montgomery) |
| Com. v. Castillo | 3236 EDA 2015 Affirmed | 08/09/2016 | CP–39–CR–0000062– 2010 (Lehigh) |
| In the Interest of: Z.D. | 3264 EDA 2015 Affirmed | 08/09/2016 | CP–51–AP–0000613– 2015 (Philadelphia) |
| Com. v. Bronner | 3408 EDA 2015 Affirmed | 08/09/2016 | CP–09–CR–0003294– 2014 (Bucks) |
| Com. v. Horrocks | 3523 EDA 2015 Affirmed | 08/09/2016 | CP–09–CR–0002581– 2012 (Bucks) |
| Com. v. Oquendo | 3532 EDA 2015 Affirmed | 08/09/2016 | CP–39–CR–0002338– 2008 (Delaware) |
| Com. v. Jeffcoat | 3561 EDA 2015 Affirmed Application to Withdraw as Counsel Granted | 08/09/2016 | CP–23–CR–0002255– 2014 (Delaware) |
| Com. v. Boggs [7] | 3589 EDA 2015 Affirmed | 08/09/2016 | CP–15–CR–0000505– 1997 (Chester) |
| In the Interest of: E.C.F., III | 3824 EDA 2015 Affirmed | 08/09/2016 | CP–51–AP–0000041– 2015 Cp–51–DP–0000311– 2013 (Philadelphia) |

**6.** Petition for reargument denied October 14, 2016.

**7.** Petition for reargument denied October 14, 2016.